UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YOLANDA ELLIS, as Next Friend, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>YPSILANTI COMMUNITY SCHOOLS et al.,<br><br>　　　　　　　　Defendants. | Case No. 24-11591<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

### ORDER STRIKING COMPLAINT (ECF NO. 1) AND EX-PARTE PETITION FOR APPOINTMENT AS NEXT FRIEND (ECF NO. 2)

On June 19, 2024, plaintiff filed the instant complaint and ex-parte petition for appointment as next friend. ECF Nos. 1-2. Under Federal Rule of Civil Procedure 5.2(a)(3), any court filings that include "the name of an individual known to be a minor…may include only…the minor's initials." Fed. R. Civ. P. 5.2(a)(3). Because these documents refer to a minor by his full name, the Court **STRIKES** the documents.

Accordingly, plaintiff is afforded three (3) business days from the entry of this order within which to revise the complaint and motion such that they conform with the rule and refile them. Further, the Clerk's Office is

**DIRECTED** to edit the party name to delete any reference to the minor child.

    **IT IS SO ORDERED.**

Dated: June 21, 2024

s/ Shalina D. Kumar  
SHALINA D. KUMAR  
United States District Judge