UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YOLANDA ELLIS, *et al*, | Case No. 24-11591 |
| Plaintiffs, | Shalina D. Kumar |
| v. | United States District Judge |
| YPSILANTI COMMUNITY SCHOOLS, *et al*., | |
| Defendants. _____/ | |

**NOTICE OF RULE 16 SCHEDULING CONFERENCE
AND RULE 26 JOINT DISCOVERY PLAN DEADLINE**

Take notice that the above-entitled case has been set for a Telephonic Rule 16 Scheduling Conference on September 5, 2024 at 10:15 a.m. before the Honorable Shalina D. Kumar.  The parties are to use the following call-in information:  Call-In Number: 313-261-7355 and Conference ID: 338 056 094#.

Before the Scheduling Conference, pursuant to Rule 26(f)(2), the attorneys of record are jointly responsible for the preparation of a discovery plan that includes the information identified in Rule 26(f)(3) and may also include reference to the issues listed in Rule 16(c)(2) if relevant.  Rule 26(f)(1) requires that the parties confer no later than 21 days before the

1

scheduling conference and develop a proposed discovery plan.  This plan[1] must be submitted to the Court at least seven days before the date of the Rule 16 Scheduling Conference date identified above.

Date: July 24, 2024                                   s/Shalina D. Kumar
                                                                  Shalina D. Kumar
                                                                  United States District Judge

---

[1] The parties are directed to use the Rule 26(f) Discovery Plan Template located in Judge Kumar's Practice Guidelines on the Court's website.