UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA ELLIS, next friend of
Minor MN,

      Plaintiff,

v.

YPSILANTI COMMUNITY SCHOOLS,
JOSH SMITH, ALENA ZACHERY-ROSS,
CHARLES DAVIS, JR., JEANINA HARRIS,
and CHARLES PAYNE, in their individual
capacity,

      Defendants.

Case No. 4:24-cv-11591

Hon. Shalina D. Kumar
Mag. Judge David R. Grand

---

| RAQUEL A. MUNOZ (P77420) | MICHAEL D. WEAVER (P43985) |
|---|---|
| Vahdat Weisman Law | ERIK BRADBERRY (P86793) |
| Attorney for Plaintiff | Plunkett Cooney |
| 17197 N. Laurel Park Dr., Ste. 500 | Attorney for Defendants |
| Livonia, MI 48152 | 38505 Woodward Ave., Ste. 100 |
| (734) 469-4994 | Bloomfield Hills, MI  48304 |
| raquel@thevwlaw.com | (248) 901-4025 |
| | mweaver@plunkettcooney.com |
| | ebradberry@plunkettcooney.com |

**APPEARANCE**

TO:   Clerk of the Court

     PLEASE ENTER the APPEARANCE of Erik Bradberry in the above-captioned matter on behalf of Defendants, YPSILANTI COMMUNITY SCHOOLS,

1

JOSH SMITH, ALENA ZACHERY-ROSS, CHARLES DAVIS, JR., JEANINA HARRIS, and CHARLES PAYNE.

                                            PLUNKETT COONEY

BY:    */s/ Erik Bradberry*
        ERIK BRADBERRY (P86793)
        Plunkett Cooney
        Attorneys for Defendants
        38505 Woodward Avenue, Ste. 100
        Bloomfield Hills, MI 48304
        (248) 901-4000
        ebradberry@plunkettcooney.com

## **PROOF OF SERVICE**

The undersigned certifies that on September 10, 2024, a copy of the foregoing document was served upon parties of record in this matter at their stated address(es) as disclosed in the pleadings herein via:

| ☐ Hand delivery | ☐ Certified Mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ Email | ☒ Electronic e-file |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.


                        */s/ Gina Amesse*
                          Gina Amesse

Open.27901.42405.35151785-1