UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA ELLIS, as Next Friend of
Minor MN,

    Plaintiff,

v.

YPSILANTI COMMUNITY SCHOOLS,
JOSH SMITH, ALENA ZACHERY-ROSS,
CHARLES DAVIS, JR., JEANINA HARRIS,
and CHARLES PAYNE, in their individual
capacity,

    Defendants.

Case No. 4:24-cv-11591
Hon. Shalina D. Kumar
Magistrate Judge David R. Grand

| | |
|---|---|
| Raquel A. Munoz (P77420)<br>VAHDAT WEISMAN LAW<br>Attorney for Plaintiff<br>17197 N. Laurel Park Dr., Ste. 500<br>Livonia, MI 48152<br>734.469.4994<br>raquel@thevwlaw.com | Michael D. Weaver (P43985)<br>PLUNKETT COONEY<br>Attorney for Defendants<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>248.901.4025<br>mweaver@plunkettcooney.com<br><br>John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant Josh Smith, Only<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |

**ORDER FOR SUBSTITUTION OF ATTORNEYS**

Pursuant to the signed consent of the parties, through their respective counsel, notice of hearing being waived, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that John J. Gillooly (P41948) of the Law Firm of GARAN LUCOW MILLER, P.C. is substituted in place and stead of Michael D. Weaver (P43985), as attorney for Defendant JOSH SMITH.

**SO ORDERED.**

Dated: November 22, 2024      s/Shalina D. Kumar
                              HON. SHALINA D. KUMAR
                              U.S. DISTRICT COURT JUDGE

6815600