UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA ELLIS, next friend of Minor, MN,

    PLAINTIFF,

vs.                                    CASE NO. 4:24-CV-11591
                                        HON. SHALINA D. KUMAR
                                        MAGISTRATE JUDGE DAVID R. GRAND

YPSILANTI COMMUNITY SCHOOLS,
JOSH SMITH, ALENA ZACHERY-ROSS,
CHARLES DAVIS, JR., JEANINA HARRIS,
and CHARLES PAYNE,
in their individual capacity,

    DEFENDANT.

---

| | |
|---|---|
| **RAQUEL MUÑOZ (P77420)**<br>Vahdat Weisman Law<br>Attorney for Plaintiff<br>17197 N. Laurel Park Dr, Ste. 500<br>Livonia, MI 48152<br>734-469-4994<br>raquel@thevwlaw.com | **JOHN J. GILLOOLY (P41948)**<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendant Josh Smith, Only<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI 48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |
| **KARA WEISMAN (P80837)**<br>VAHDAT WEISMAN LAW<br>Attorney for Plaintiff<br>17197 N. Laurel Park Dr. Ste 500<br>Livonia, MI 48152<br>734-469-4994<br>kara@thevwlaw.com | **Michael D. Weaver (P43985)**<br>PLUNKETT COONEY<br>Attorney for Defendants<br>38505 Woodward Ave., Ste. 100 Bloomfield Hills, MI 48304<br>248.901.4025<br>mweaver@plunkettcooney.com |

---

## CONSENT FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF

    Pursuant to the signed consent of the parties, through their respective counsel,

**IT IS HEREBY AGREED** that Kara Weisman (P80837) of Vahdat Weisman Law can be substituted in place and stead of Raquel Munoz (P77420), as attorney for Plaintiff Yolanda Ellis, Next Friend of Minor MN.

    Respectfully submitted,

    VAHDAT WEISMAN LAW

    /s/ Kara Weisman
    Kara Weisman (P80837)
    Attorneys for Plaintiff
    17197 N. Laurel Park Dr. Ste 500
    Livonia, MI 48152
    734-469-4994
    kara@thevwlaw.com

Date: December 18, 2024


/s/ Raquel Munoz (w/consent)
Raquel Munoz (P77420)

/s/ John J. Gillooly (w/consent)
John J. Gillooly (P41948)

/s/ Michael Weaver (w/consent)
Michael Weaver (P43985)