## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

YOLANDA ELLIS, Next Friend of
Minor MM,

      Plaintiff,

v.

YPSILANTI COMMUNITY SCHOOLS,
JOSH SMITH, ALENA ZACHERY-ROSS,
CHARLES DAVIS, JR., JEANINA HARRIS,
and CHARLES PAYNE, in their individual
capacity,

      Defendants.

Case No. 4:24-cv-11591

Hon. Shalina D. Kumar
Mag. Judge David R. Grand

---

KARA WEISMAN (P80837)
Vahdat Weisman Law
Attorney for Plaintiff
17197 N. Laurel Park Dr., Ste. 500
Livonia, MI 48152
(734) 469-4994
kara@thevwlaw.com

MICHAEL D. WEAVER (P43985)
ERIK BRADBERRY (P86793)
Plunkett Cooney
Attorney for Defendants
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 901-4025
mweaver@plunkettcooney.com
ebradberry@plunkettcooney.com

JOHN J. GILLOOLY (P41948)
GARAN LUCOW MILLER, P.C.
Attorney for Defendant Josh Smith, Only
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207-2641
313.446.5501 / Fax: 313.259.0450
jgillooly@garanlucow.com

# *EX-PARTE* ORDER APPOINTING YOLANDA ELLIS AS NEXT FRIEND OF MINOR PLAINTIFF MM

This Matter having come before the Court on Plaintiff's *Ex-Parte* Petition Appointing Yolanda Ellis as Next Friend of Plaintiff's Minor MM; the Court having reviewed the documents submitted; and the Court being otherwise fully advised of the premises:

    **IT IS ORDERED THAT** YOLANDA ELLIS IS hereby appointed as Next Friend of her son and Plaintiff's Minor, MM, for the purposes of this lawsuit.

Dated: January 31, 2025

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge